No. 321.   GENERAL REINSURANCE CORP. *v.* COMMISSIONER OF INTERNAL REVENUE.   Petition for writ of certiorari to the United States Court of Appeals for the

Seco d Circuit dismissed on motion of counsel for the petit oner. *Cedric A. Major* and *E. Clyde Algire* for petitioner.